**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **SCOTT TAYLOR**, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT** |
| | ) |
| vs. | ) |
| | ) |
| **FOCUS RECEIVABLES MANAGEMENT, LLC,** | ) ) ) |
| Defendant. | ) |

### I.  INTRODUCTION

1.  This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices. Plaintiff further alleges a claim for invasion of privacy ancillary to Defendant's collection efforts.

### II.  JURISDICTION

2.  Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d).

### III.  PARTIES

3.  Plaintiff, Scott Taylor, is a natural person residing in Maricopa County.

4.  Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5. Defendant, Focus Receivables Management, LLC, is a corporation engaged in the business of collecting debts by use of the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) trying to collect a "debt" as defined by 15 U.S.C. §1692(a)(5).

### IV.  FACTUAL ALLEGATIONS

7. At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt. Defendant's conduct violated the FDCPA in multiple ways, including but not limited to:

   a) Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (§ 1692d(5));

   b) In connection with collection of a debt, using language the natural consequence of which was to abuse Plaintiff, including but not limited to calling Plaintiff debtor in an abusive manner (§ 1692d(2));

   c) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff, including but not limited to stating that Defendant has the right to call Plaintiff whenever [it] wants. (§ 1692e(10));

   d) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff, including misrepresenting Defendants responsibility to validate Plaintiffs debt upon request, stating

that Defendant must merely send something stating that the debt is valid to comply with its responsibility to validate the debt (§ 1692e(10)).

8. Defendant's aforementioned violations of the FDCPA also constitute an invasion of Plaintiff's right to privacy, causing injury to Plaintiff's feelings, mental anguish and distress.

9. Defendant's aforementioned violations of the FDCPA also constitute an intentional intrusion into Plaintiff's private places and into private matters of Plaintiff's life, conducted in a manner highly offensive to a reasonable person.  With respect to these activities of Defendant, Plaintiff had a subjective expectation of privacy that was objectively reasonable under the circumstances.

## **COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT**

10. Plaintiff reincorporates by reference all of the preceding paragraphs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A. Declaratory judgment that Defendant's conduct violated the FDCPA;

    B. Actual damages;

    C. Statutory damages;

    D. Costs and reasonable attorney's fees; and,

    E. For such other and further relief as may be just and proper.

**COUNT II: COMMON LAW INVASION OF PRIVACY BY INTRUSION**

11. Plaintiff reincorporates by reference all of the preceding paragraphs.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

      A.    Actual damages

      B.    Punitive Damages; and,

      C.    For such other and further relief as may be just and proper.

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

Respectfully submitted this 21st day of August, 2009

    By: s/ Marshall Meyers
        Marshall Meyers (020584)
        WEISBERG & MEYERS, LLC
        5025 North Central Ave., #602
        Phoenix, AZ 85012
        602 445 9819
        866 565 1327 facsimile
        mmeyers@AttorneysForConsumers.com
        Attorney for Plaintiff