Steven G. Mesaros, #009215
Timothy R. Grimm, #019110
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
E-mail:   smesaros@rcdmlaw.com
          tgrimm@rcdmlaw.com
          docket@rcdmlaw.com

Attorneys for Defendant Focus Receivables
Management, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| Scott Taylor,<br><br>                        Plaintiff,<br><br>v.<br><br>Focus Receivables Management, LLC,<br><br>                        Defendant. | No. CV09-01748-PHX-ECV<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in this matter. The parties will file a Stipulation and Order to Dismiss.

RESPECTFULLY SUBMITTED this ___16th___ day of October, 2009.

                              RENAUD COOK DRURY MESAROS, PA


                              By */s/ Timothy R. Grimm*
                                  Steven G. Mesaros
                                  Timothy R. Grimm
                                  One North Central, Suite 900
                                  Phoenix, Arizona 85004-4417
                                  Attorneys for Defendant Focus Receivables
                                  Management, LLC

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, CV09-01748-PHX-ECV)   2631-0029                                    545694_1.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that on this  16th  day of October, 2009, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Marshall Meyers, Esq.
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, Arizona  85012
Attorney for Plaintiff

Copy also mailed this same date to:

Honorable Edward C. Voss
United States District Court
Sandra Day O'Connor U.S. Courthouse
Suite 324
401 West Washington Street, SPC 75
Phoenix, Arizona  85003-2120

By */s/ C. Roundtree*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, CV09-01748-PHX-ECV)   2631-0029                                           545694_1.DOC