IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Taylor,<br><br>     Plaintiff,<br><br>vs.<br><br>Focus Receivables Management, LLC,<br><br>     Defendant. | No. CV-09-1748-PHX-ECV<br><br>**ORDER** |

The court having received a Notice of Settlement,

**IT IS ORDERED** that the Clerk of the Court shall dismiss the above matter on November 20, 2009, unless prior thereto a formal written Judgment, Order of Dismissal or Request for Reinstatement on the Trial Calendar is filed with the court.

**IT IS FURTHER ORDERED** vacating all deadlines and denying as moot any pending motions.

DATED this 21st day of October, 2009.

Edward C. Voss
United States Magistrate Judge