**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Scott Taylor**, | ) Case No. 2:09-cv-01748-ECV |
| | ) |
| Plaintiff, | ) **STIPULATION TO DISMISS CASE** |
| | ) **WITH PREJUDICE PURSUANT TO** |
| vs. | ) **SETTLEMENT** |
| | ) |
| **Focus Receivables Management, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without costs and fees to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 6th day of January, 2010.

**Attorney For Plaintiff**           **Attorney For Defendant**,

 s/Marshall Meyers                  s/ Timothy R. Grimm
Weisberg & Meyers, LLC           Renaud Cook Drury Mesaros, PA

Stipulation to Dismiss with Prejudice - 1

Filed electronically on this 6th day of January, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 6th day of January, 2010 to:

Mr. Timothy R. Grimm, Esq.
Renaud Cook Drury Mesaros, PA
Phelps Dodge Tower
One North Central Ave
Suite 900
Phoenix AZ 85004-4417

Copy of the foregoing was mailed this 6th day of January, 2010 to:

Hon. Edward C. Voss
U.S. District Court of Arizona
Sandra Day OConnor U.S. Courthouse, Suite 324
401 West Washington Street, SPC 75
Phoenix AZ 85003-2120


By: s/Tremain Davis
    Tremain Davis